**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETEVILLE DIVISION**

**LETRELL DEVONTE LEWIS**                                                          **PLAINTIFF**

**V.**                                          **CASE NO. 5:26-CV-5003**

**SERGEANT RAMOS; E. EVANS;**
**SHERIFF JAY CANTRELL;**
**KARAS CORRECTIONAL HEALTH;**
**KELLEY HINLEY; JOLEY SMOTHERS;**
**DUSTIN SANDERS; CORPORAL TOM MULVANEY;**
**and BEVINS**                                                                     **DEFENDANTS**

**ORDER**

Now before the Court is the Report and Recommendation (Doc. 15) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, **IT IS ORDERED** that upon preservice screening the case is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted. Plaintiff is warned that, in the future, this dismissal may be counted as a strike for purposes of 28 U.S.C. § 1915(g) and thus, the Clerk is **DIRECTED to place a § 1915(g) strike flag** on the case for future judicial consideration.

**IT IS SO ORDERED** on this 7th day of April, 2026.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE